UNITED STATE DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO:  1:20−CV−11511−WGY

| | |
|---|---|
| VIRGINIA HUSSEY,<br>         Plaintiff<br><br>v.<br><br>EAST COAST SLURRY CO., LLC; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4; HOISTING AND PORTABLE ENGINEERS APPRENTICESHIP & TRAINING PROGRAM aka HOISTING AND PORTABLE ENGINEERS APPRENTICESHIP & TRAINING FUND, aka HOISTING AND PORTABLE ENGINEERS APPRENTICESHIP & TRAINING CENTER , AND SUFFOLK CONSTRUCTION COMPANY, INC.<br><br>         Defendants. | |

**PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO F.R.CIV.P. 26(a)(1)**

I.   THE IDENTITY OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

1. Plaintiff Virginia Hussey will testify as to the allegations in her Complaint and her damages.

2. Craig Cunningham (co-worker), Local 4, plaintiff's operator – plaintiff complained to him of the harassment.

3. Tim Walker, Steward, Local 4 – plaintiff complained to him of the sexual harassment.

4. Annmarie Long, Instructor for apprenticeship program

5. Mr. Snow, Instructor for apprenticeship program.

1

6. Lisa O'Leary, friend of the plaintiff, aware of plaintiff's emotional distress.

7. Michael O'Brien, plaintiff's fiancé, aware of plaintiff's emotional distress.

8. Ryan Stass, witness, master mechanic.

9. Alexis Dunn, official for East Coast Slurry who the plaintiff complained to and met with about sexual harassment on the job.

10. Bobby Atkins, employee of East Coast Slurry and member of Local 4 – was the perpetrator of sexual harassment.

11. Michael Bowes, President of Local 4, Business Agent and Trustee of the apprenticeship program – plaintiff complained to him of the sexual harassment and discrimination perpetrator.

12. Henry LNU – employee of East Coast Slurry and member of Local 4 – committed sexual harassment against the plaintiff.

13. Tom McEvoy, official with the apprenticeship program who plaintiff complained to about the sexual harassment.

14. William McLaughlin, Local 4 Business Manager – plaintiff complained to about the sexual harassment.

15. John A. Renner, M.D., Boston Medical Center, Jamaica Plain, MA.

II. **IDENTIFICATION OF DOCUMENTS IN THE POSSESSION OF THE PLAINTIFF RELATIVE TO THE ALLEGATIONS IN THE PLAINTIFF'S AMENDED COMPLAINT**

1. The Hoisting and Portable Engineers Local 4 Apprenticeship and Training Program Equal Opportunity Non-Discrimination and Harassment Policy.

2. The Hoisting and Portable Engineers Local 4 Apprenticeship and Training Program Handbook.

3. 2018-2019 Apprenticeship Regulations and Policies of the Hoisting and Portable Engineers Local 4 Apprenticeship and Training Program.

4. Hoisting and Portable Engineers Local 4 Apprenticeship Fund breakdown of Virginia Hussey's wage statements dated June 28, 2019.

5. Paystubs for plaintiff from A.A. Will Corporation/East Coast Slurry January, 2019, February, 2019 and August, 2019.

6. Letter to Virginia Hussey from John Gaffy, Jr., coordinator Apprentice Fund Training Center dated August 29, 2019.

### III. DAMAGES

Plaintiff claims total damages in the amount of $5,500,000.00 based on severe emotional distress and lost wages. With regard to lost wages, the plaintiff was working toward a highly compensated operator's career for which experienced crane and machinery operators earn in the vicinity of $200,000.00 per year. Lost wages based on a conservative estimate of future earnings would be excess of $5,000,000.00 not reduced for present value at this time. However, based on the current interest rates, present value is near the same number. Emotional Distress $500,000.00.

### D. INSURANCE AGREEMENT

Not applicable.

Respectfully submitted:
**PLAINTIFF, VIRGINIA HUSSEY**
By her attorneys:

*/s/ Bradford N. Louison*
Bradford N. Louison (BBO#305755)
blouison@lccplaw.com
/s/ Douglas I. Louison
Douglas I. Louison (BBO#545191)
dlouison@lccplaw.com
Louison, Costello, Condon & Pfaff, LLP
101 Summer Street
Boston, MA 02110
(617) 439-0305

Dated: February 8, 2021

## CERTIFICATE OF SERVICE

I, Bradford N. Louison, hereby certify that on the 8th day of February, 2021, the foregoing document was served electronically to the following:

James. A. W. Shaw
Segal Roitman, LLP
33 Harrison Avenue, 7th Floor
Boston, MA 02110
jshaw@segalroitman.com

Nora R. Adukonis
Suite 200
6 Kimball Lane
Lynnfield, MA
adukonis@litchfieldcavo.com

Date: February 8, 2021

*/s/ Bradford N. Louison*
Bradford N. Louison

4