| COMPLAINT FOR<br>☑ CIVIL   ☐ CRIMINAL<br>CONTEMPT | Docket No.<br>12W0863 | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|
| Virginia   F.   Hussey   , Plaintiff<br>First Name   M.I   Last Name | | MIDDLESEX   Division |
| v. | | |
| Craig   R.   McCarthy   , Defendant<br>First Name   M.I   Last Name | | |

1. Plaintiff resides at ▮▮▮▮▮▮▮▮▮▮
2. Defendant resides at ▮▮▮▮▮▮▮▮▮▮
3. By ☑ judgment ☐ order of the Court, dated __7-17-17__ defendant was ordered
   - ☑ to pay ☐ alimony and/or ☑ support for minor or dependent child(ren) in the sum of $250 ☑ weekly ☐ monthly
   - ☐ to comply with the Court ordered parenting time.
   - ☐ not to impose any restraint on the personal liberty of plaintiff
   - ☐ to pay health insurance premiums for ☐ plaintiff and/or ☐ child(ren)
   - ☐ to pay reasonable medical and dental expenses for ☐ plaintiff and/or ☐ child(ren)
   - ☐ other

   and said ☑ judgment ☐ order is still in force.

4. Defendant has not obeyed that ☑ judgment ☐ order and
   - ☑ is in arrears of court-ordered support payments.
   - ☐ there now remains due and unpaid to plaintiff the sum of $2,687.00 plus such further amounts as may accrue to the date of hearing.
   - ☐ plaintiff has been denied parenting time on _____
   - ☐ has violated the order on _____ by:

5. Wherefore, plaintiff requests that defendant be required to appear before this Court to show cause why defendant should not be adjudged in contempt of Court and for such other relief as the Court deems just.

Date: 01/25/19

Signature of Attorney or Plaintiff, if pro se

Virginia Hussey
(Print name)

RECEIVED
JAN 25 2019

B.B.O. # _____

CJ-D 103 (7/15/15)   page 1 of 1

RECEIVED
JAN 25 2019
Rtn: 04/29/19

Commonwealth of Massachusetts
The Trial Court
Probate and Family Court Department

Middlesex Division								Docket No. 12W0863

~~ORDER~~ - JUDGMENT ON COMPLAINT FOR CIVIL/CRIMINAL CONTEMPT

filed on January 25, 2019

*Virginia F. Hussey*, Plaintiff

v.

*Craig R. McCarthy*, Defendant

I.   After hearing, it is adjudged that ~~the defendant is~~:

   ☐   ~~NOT GUILTY of Contempt of this Court.~~

   ☐   GUILTY OF Contempt of this Court for having willfully:

   ☐   A.   neglected and refused to pay child support/alimony, the arrearage of which is fixed at _____.

   ☐   B.   neglected and refused to pay health insurance premiums for the plaintiff and/or minor child(ren).

   ☐   C.   neglected and refused to pay medical bills in the amount of $_____.

   ☐   D.   neglected and refused to allow the plaintiff parenting time with the minor child(ren) on: _____

   ☐   E.   neglected and refused to report to the Probation Department regarding his/her job seeking efforts:

   ☐   F.   neglected and refused to pay the attorney fees owed to plaintiff's attorney in the amount of $_____.

   ☐   G.   _____

It is ordered that:

[ ] A. ~~the defendant pay $_____ weekly/monthly ($_____) of which shall be applied against the arrearage).~~

[ ] B. ~~the defendant pay $_____ weekly/monthly towards which is incorporated and merged into this order/judgment.~~

[X] C. the parties comply with the stipulation dated April 29, 2019 which is incorporated and merged into this ~~order~~/judgment.

[ ] D. ~~the defendant shall report in person to the Probation Department of this Court each week with evidence of having sought employment from at least ____ employers. The defendant shall provide the Probation Department with the name, address and telephone number of the employers and a copy of his/her job application or other proof of having applied for work. VIOLATION OF THIS PARAGRAPH SHALL BE DEEMED CRIMINAL CONTEMPT OF COURT AND MAY SUBJECT THE DEFENDANT TO A JAIL SENTENCE OF UP TO SIX MONTHS.~~

[ ] E. ~~the defendant shall pay attorney fees in the amount of $_____ and the cost of service of process which was necessary on this complaint, to wit, $_____.~~

[ ] F. ~~_____~~

After hearing with a full opportunity for the parties to be heard, and upon review of all the relevant and credible evidence presented, the Court finds, by clear and convincing evidence, and further Orders that:

[ ] A. ~~the Defendant has the ability to pay this order because the Court finds:~~ _____

[ ] B. ~~the Defendant be committed to jail for ____ days or until he/she shall purge him/herself of said contempt by payment of $____ OR until further order of the Court OR until he/she be otherwise discharged by due course of law.~~

[ ] C. this sentence is suspended until _____

[ ] D. ~~this matter is continued to~~ _____

April 29, 2019
Date

Melanie J. Gargas, Justice
Middlesex Probate & Family Court

COMMONWEALTH OF MASSACHUSETTS
The Trial Court
Probate and Family Court Department

Middlesex, ss                                                                 Docket No. 12W0863

          Virginia Hussey
              Plaintiff

             vs.

          Craig McCarthy
              Defendant

STIPULATION/AGREEMENT
OF PARTIES

      It is hereby agreed/stipulated that, subject to the approval of the Court, the following shall be made a Temporary Order or Judgment of this Court:

1). Parties agree that Father owes $4,926.59 in arrears.

2). Parties agree that Father shall pay $250 per week in Child Support.

3). Parties agree that Father shall pay $500 towards his arrears to Mother directly per Money Order by May 2, 2019. Parties agree that Mother will notify The Department of Revenue of the direct payment to her of $500 paid on May 2, 2019.

4). Parties agree that Father shall pay an additional $500 every other week commencing May 2, 2019 towards his arrears.

5). Parties agree that Father shall pay The Department of Revenue directly until his Child Support is taken out of his pay check.

_____
PLAINTIFF

_____Pro Se_____
PLAINTIFF'S ATTORNEY

___4/29/19___
DATE

FILED
APR 29 2019

_____
DEFENDANT

_____Pro Se_____
DEFENDANT'S ATTORNEY

_____
WITNESS
Elizabeth Anderson